IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ASSOCIATION OF APARTMENT OWNERS OF THE WHALER ON KAANAPALI BEACH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHARON LEE ADAMS, BEVERLY LECON, BERNARD P. REESE, JR., ET AL.,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. 05-00213 HG KSC |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of The Special Master Regarding Defendant Lecon's Bill Of Costs (Doc. 296) having been filed and served on all parties on August 15, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2006.



  /s/ **Helen Gillmor**
Chief United States District Judge




Civil No. 05-00213 HG-KSC; <u>The Association of Apartment Owners of the Whaler on Kaanapali Beach v. Sharon Lee Adams, et al.</u>
Order Adopting Report of Special Master (Doc. #296)